IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00430-PSF-01

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. TODDERICK ISON,

  Defendant.

---

### ORDER

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is dismissed.

SO ORDERED this __19th__ day of December, 2006.

           BY THE COURT:

           _/s/ Boyd N. Boland_
           BOYD N. BOLAND
           United States Magistrate Judge
           United States District Court
           District of Colorado