IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00430-BNB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

TODDERICK J. ISON,

       Defendant.

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

      On August 7, 2007, the probation officer submitted a Petition for Early Termination of Probation in this case. On August 8, 2007, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on August 10, 2007, and on that same date, the probation officer received the government's response that the United States does not object to the proposed relief. Accordingly, it is

      ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 15 day of August, 2007.

BY THE COURT:

Boyd N. Boland   Craig B. Shaffer
United States Magistrate Judge